■ HERBERT N. WALLACE, Appellant, v FRANCES A. WALLACE, Respondent.—In an action for divorce, plaintiff appeals from an order of the Supreme Court, Dutchess County, dated September 11, 1975, which denied his motion "to set aside, vacate, or modify" certain terms of a judgment of divorce which had previously been entered in the same court, and which incorporated the terms of a stipulation of settlement between the parties as to certain items. Order affirmed, with $50 costs and disbursements. Special Term correctly concluded that plaintiff failed to set forth sufficient proof of fraud, misrepresentation or other misconduct of an adverse party so as to warrant relief from the judgment of divorce. Martuscello, Acting P. J., Cohalan, Damiani, Shapiro and Titone, JJ., concur.

■ MILDRED WHILDEN, Respondent, v JAMES F. WHILDEN, Appellant.—Order of the Supreme Court, Westchester County, dated July 21, 1975, affirmed, with $50 costs and disbursements. Defendant failed to set forth grounds sufficient to warrant relief from the stipulation of settlement entered into by him in open court, with counsel present, and after the terms of the stipulation had been explained to him (see *Werden v Werden,* 255 App Div 795, 796; *Thompson Med. Co. v Benjamin Pharms.,* 4 AD2d 504). Martuscello, Acting P. J., Cohalan, Damiani, Shapiro and Titone, JJ., concur.